**JAMES M. CHAVEZ**
California State Bar No. 255766
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California 92101-5030
Telephone (619) 234-8467
Facsimile (619) 687-2666
james_chavez@fd.org

Attorneys for Mr. Magana-Oliva

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                                                        )<br>            Plaintiff,                          )<br>                                                        )<br>v.                                                     )<br>                                                        )<br>**ARTURO MAGANA-OLIVA,**        )<br>                                                        )<br>            Defendant.                      )<br>_____) | Case No. 08mj2434<br><br>**NOTICE OF APPEARANCE** |

        Pursuant to implementation of the CM/EMF procedures in the Southern District of California, James M. Chavez, Federal Defenders of San Diego Inc., files this Notice of Appearance as lead attorney in the above-captioned case.

                                                      Respectfully submitted,

Dated: August 12, 2008                    *s/ James M. Chavez*
                                                        Federal Defenders of San Diego, Inc.
                                                        *james_chavez@fd.org*

1  **JAMES M. CHAVEZ**
   California State Bar No. 255766
2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
   225 Broadway, Suite 900
3  San Diego, California 92101-5030
   Telephone (619) 234-8467
4  Facsimile (619) 687-2666
   james_chavez@fd.org
5

6  Attorneys for Mr. Oliva-Magana

7

8                       UNITED STATES DISTRICT COURT

9                      SOUTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        )   Case No. 08mj2434
                                    )
12           Plaintiff,              )
                                    )
13 v.                                )   **PROOF OF SERVICE**
                                    )
14 **ARTURO MAGANA-OLIVA**,          )
                                    )
15           Defendant.              )
                                    )
16

17         Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best

18 of his information and belief, and that a copy of the foregoing document has been served via CM/ECF this

19 day upon:

20         ASSISTANT UNITED STATES ATTORNEY
           Efile.dkt.gc1@usdoj.gov
21

22 Dated: August 12, 2008                    *s/ James M. Chavez*
                                             JAMES M. CHAVEZ
23                                           Federal Defenders of San Diego, Inc.,
                                             225 Broadway, Suite 900
24                                           San Diego, CA 92101-5030
                                             (619) 234-8467  (tel)
25                                           (619) 687-2666  (fax)
                                             e-mail: james_chavez@fd.org
26

27

28